United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    KENU, INC.,                                    Case No.  15-cv-01429-JD

              Plaintiff,

8

        v.                                          **AMENDED SCHEDULING ORDER**

9

10   BELKIN INTERNATIONAL, INC.,

              Defendant.

11

12          The Court sets the following case management deadlines pursuant to Federal Rule of Civil

13   Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the

14   Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and

15   Standing Order for Civil Jury Trials.  This order supersedes the prior scheduling order (Dkt.

16   No. 66) issued in *Kenu v. BHH LLC et al.*, Case No. 14-cv-04327-JD.

17

18

| Event | Deadline |
|---|---|
| Plaintiff Serves and Files Opening Claim Construction Brief and Any Supporting Evidence [Patent L.R. 4-5] | November 29, 2016 |
| Defendant Serves and Files Responsive Claim Construction Brief and Any Supporting Evidence [Patent L.R. 4-5] | December 13, 2016 |
| Plaintiff Serves and Files Any Reply Brief and Any Evidence Directly Rebutting the Supporting Evidence Contained in Defendant's Responsive Claim Construction Brief [Patent L.R. 4-5] | December 20, 2016 |
| Parties' Amended, Final Joint Claim Construction Statement if there has been any change in the parties' claim construction positions [Standing Order for Patent Cases Before Judge James Donato ¶ 6 (June 20, 2014)] | December 20, 2016 |

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

| Event | Deadline |
|---|---|
| Counsel Exchange Exhibits Re: Claim Construction Hearing [Standing Order for Patent Cases Before Judge James Donato ¶ 12 (June 20, 2014)] | 48 hours before Claim Construction Hearing |
| Claim Construction Hearing [Patent L.R. 4-6; Standing Order for Patent Cases Before Judge James Donato ¶¶ 10, 13 (June 20, 2014)] | January 19, 2017 at 3 p.m. |
| Close of Fact Discovery | February 22, 2017 |
| Exchange of Expert Reports (From Party Having Burden of Proof) | March 15, 2017 |
| Rebuttal of Expert Reports | April 5, 2017 |
| Close of Expert Discovery | April 26, 2017 |
| Deadline for filing dispositive motions, including *Daubert* motions | May 18, 2017 |
| Pretrial Conference | September 14, 2017 at 1:30 p.m. |
| Trial | October 2, 2017 |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: September 8, 2016

_____
JAMES DONATO
United States District Judge

2