1  TROUTMAN SANDERS LLP
   Marcus T. Hall, Bar No. 206495
2  marcus.hall@troutmansanders.com
   Dean A. Morehous, Bar No. 111841
3  dean.morehous@troutmansanders.com
   Craig C. Crockett, Bar No. 265161
4  Craig.crockett@troutmansanders.com
   580 California Street, Suite 1100
5  San Francisco, CA  94104
   Telephone:    415.477.5700
6  Facsimile:    415.477.5710

7  Attorneys for Plaintiff
   KENU, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO COURTHOUSE

12

13 | KENU, INC.,                          | Case No. 15-cv-01429-JD
14 |               Plaintiff,             | **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON KENU, INC.'S MOTION TO STRIKE**
15 | v.                                   |
16 | BELKIN INTERNATIONAL, INC. et al.,   | [Civil L.R. 6-2]
17 |               Defendant.             |

18
19
20
21
22
23
24
25
26
27
28

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, 11TH FLOOR
SAN FRANCISCO, CA 94104

15-CV-01429-JD

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON KENU, INC'S MOTION TO STRIKE

Pursuant to Civil Local Rule 6-2, Kenu, Inc. ("Kenu"), and Belkin International, Inc. ("Belkin") hereby stipulate and jointly request that the Court issue an Order rescheduling the hearing and briefing schedule on Kenu's Motion to Strike Belkin's New Proposed Claim Construction and Related Portions of Responsive Brief (Dkt. 49), currently set for February 16, 2017.

Specifically, the parties request that the Motion to Strike be heard at the claim construction hearing on Thursday, January 19, 2017 at 1:30 p.m.  Belkin agrees to file an opposition brief by January 16, 2017, and Kenu waives the filing of a reply brief.  The parties request to shorten time because the relief requested in the Motion to Strike directly impacts whether the Court will consider Belkin's proposed construction of the term "rod(s)," and therefore the interests of judicial economy and efficiency favor hearing the Motion to Strike at the claim construction hearing.  This proposed schedule modification will not affect any other deadlines in this case.

There have been two previous time modifications in this action: (1) stipulation extending time for Belkin to respond to the Complaint (Dkt. 17), and (2) Amended Scheduling Order (Dkt. 36).  This request for shortening time would have no effect on the schedule for the case other than advancing the hearing date on the Motion to Strike.

Dated: January 12, 2017                    TROUTMAN SANDERS LLP


                                           By: /s/ Craig C. Crockett
                                              Marcus T. Hall
                                              Dean A. Morehous
                                              Craig C. Crockett
                                              Attorneys for Plaintiff
                                              Kenu, Inc.

| | |
|---|---|
| Dated: January 12, 2017 | WILSON SONSINI GOODRICH & ROSATI |
| | By: /s/ Ryan R. Smith |
| | Ryan R. Smith |
| | Sara Tolbert |
| | Attorneys for Defendant |
| | Belkin International, Inc. |

### CONCURRENCE IN FILING

I, Craig C. Crockett, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Craig C. Crockett
Craig C. Crockett

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing on the Motion to Strike (Dkt. 49) is advanced from February 16, 2017, to January 19, 2017 at 1:30 p.m.  Belkin shall file an opposition brief by January 16, 2017, and no reply brief shall be filed.

Dated:  1-13-17                                      _____
Honorable James Donato
UNITED STATES DISTRICT JUDGE