UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COURT TRIAL MINUTE ORDER

Case No.  15-cv-01429-JD                              Case Name:  Kenu, Inc. v. Belkin International, Inc.

Date:  June 11, 2018                                  Time:  2 Hours & 15 Minutes

**The Honorable James Donato**

**Clerk**:  LISA R. CLARK                             **Court Reporter**:  JoAnn Bryce/Vicki Eastfold

**COUNSEL FOR PLTF**:                                 **COUNSEL FOR DEFT**:

Marcus T. Hall                                        James C. Yoon

Dean A. Morehous                                      Ryan R. Smith

Craig C. Crockett                                     Sara Tolbert

Trial Began:  6/11/18                                 Further Trial:  6/12/18

**TRIAL MOTIONS HEARD**:                              **DISPOSITION:**

1.

2.

3.

**OTHER:**

See attached Jury Log

**VERDICT:**

**DISPOSITION OF EXHIBITS:**