**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: **C-15-1429-JD**
Case Name: **KENU INC. v. BELKIN INT'L INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>Hon. James Donato | PLAINTIFF'S COUNSEL:<br>Marcus T. Hall<br>Dean A. Morehous<br>Craig C. Crockett | DEFENSE COUNSEL:<br>James C. Yoon<br>Ryan R. Smith<br>Sara Tolbert |
|---|---|---|
| JURY TRIAL DATE:<br>6/11/18 | REPORTER(S):<br>Vicki Eastfold/JoAnn Bryce | CLERK:<br>Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:07 am | | | Court in session; out of the presence of the jury panel. Plaintiff will not mention during opening statements the reason for Dr. Jacoby's absence. | |
| | | 9:25 am | | | Court in session; all parties and prospective jurors present. | |
| | | | | | Jury roll taken; 33 prospective jurors present. | |
| | | | | | Court welcomes jurors. | |
| | | 9:42 am | | | Jury panel sworn. Seven jurors called and seated. Voir dire begins. | |
| | | 10:34 am | | | Seven (7) jurors selected and sworn. | |
| | | | | | Court in session; out of the presence of the jury. For the slide for defendant's opening statement that plaintiff objects to, the Court rules that the slide may come in for obviousness and invalidity, but not for infringement. The parties state they have no remaining objections to the preliminary jury instructions. | |
| | | 10:38 am | | | Court in recess. | |
| | | 11:00 am | | | Court in session; all parties outside the presence of the jury. | |
| | | 11:08 am | | | Court in session; all parties present. Court excuses jurors 1, 3 & 5. With parties' agreement, Court will select three more jurors tomorrow. The Court will modify voir dire question #20. The parties will file their fact stipulations. Parties will be in court by 8:45 am on June 12, 2018. | |
| | | 11:14 am | | | Court in recess for the day. | |
| | | | | | | |