**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: **C-15-1429-JD**
Case Name: **KENU INC. v. BELKIN INT'L INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>Hon. James Donato | PLAINTIFF'S COUNSEL:<br>Marcus T. Hall<br>Dean A. Morehous<br>Craig C. Crockett | DEFENSE COUNSEL:<br>James C. Yoon<br>Ryan R. Smith<br>Sara Tolbert |
|---|---|---|
| JURY TRIAL DATE:<br>6/12/18 | REPORTER(S):<br>Vicki Eastfold/JoAnn Bryce | CLERK:<br>Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:07 am |  |  | Court in session; all parties present outside the presence of the jury. |  |
|  |  | 9:17 am |  |  | Roll taken and 23 prospective jurors present. Court welcomes jurors. |  |
|  |  | 9:25 am |  |  | Jury panel sworn. Voir dire begins. Four additional jurors selected. |  |
|  |  | 10:12 am |  |  | Court in session; all parties and jury present. Parties show jury the FJC's Patent Video. |  |
|  |  | 10:30 am |  |  | Court gives preliminary instructions to the jury. |  |
|  |  | 11:06 am |  |  | Plaintiff's opening statement. |  |
|  |  | 11:24 am |  |  | Defendant's opening statement. |  |
|  |  | 11:52 |  |  | Court in recess. |  |
|  |  | 12:10 pm |  |  | Plaintiff calls Ken Minn – direct examination. |  |
| 277 |  |  | X | X | Kenu Brand Overview | LRC |
| 10 |  |  | X | X | (Sample) Kenu AIRFRAME | LRC |
| 15 |  |  | X | X | (Sample) Aduro model #UNI_SPHO1-CM | LRC |
| 19 |  |  | X | X | (Sample) iOttie mode #HLcRIO102 | LRC |
| 16 |  |  | X | X | (Sample) Bracketron model #PJM-201-BL | LRC |
| 270 |  |  | X | X | WrapAround Concept – Detail | LRC |
| 120 |  |  | X | X | Airfram Update – 09.02.2012 | LRC |
| 122 |  |  | X | X | Sliding Frame Concept Sketches | LRC |
| 150 |  |  | X | X | Emails, Airframe mode 10/29/2012 | LRC |
| 5 |  |  | X | X | Patent U.S. D690,707S | LRC |
| 255 |  |  | X | X | Airframe Video – Youtube | LRC |
| 293 |  |  | X | X | Email, Subj: Apple Meeting 3.4.13 Notes | LRC |
| 296 |  |  | X | X | Email, Subj: Re: Kenu Update | LRC |
| 295 |  |  | X | X | Airframe customer feedback presentation | LRC |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 12 | | | X | X | (Sample) Belkin Vent Mount | LRC |
| 580 | | | X | X | Email from K. Minn to J. Duran, D. Yao et al. re: Belkin Vent Mount | LRC |
| 102 | | | X | X | 10/22/2014 E-Mail from Michael Kokkinen to Ken Minn, cc: Charles Reilly, Nick Johnson re Kenu FedEx package | LRC |
| 257 | | | X | X | Email, Re: URGENT: please call me! | LRC |
| | | 1:01pm | | | Cross-examination of Ken Minn by defense counsel. | |
| | | | | | Witness shown exhibits 5, 12 | |
| | 117 | | X | X | Airframe Competitive Survey | LRC |
| | 118 | | X | X | Belkin Window Mount iPhone Holder | LRC |
| | 119 | | X | X | Kenu Design Stuff | LRC |
| | 121 | | X | X | Airframe render | LRC |
| | 7 | | X | X | D707 Certified File Wrapper 29/437-793 | LRC |
| | | | | | Witness shown his deposition and exhibit 580 | |
| | 699 | | X | X | Kenu Box & Pictures of Box | LRC |
| | | 1:50 pm | | | Re-direct of Ken Minn | |
| | | | | | Witness shown exhibits 117, 12, 257 | |
| | | 1:57 pm | | | Plaintiff calls Peter Belonojko – direct examination. | |
| 31 | | | X | X | Spreadsheet, Custom Sales by Item Summary 1/1/14-2/28/17. | LRC |
| 32 | | | X | X | Kenu Income Statement from Jan 2014- Feb 2017 | LRC |
| 131 | | | X | X | 1/19/2016 Email | LRC |
| 335 | | | X | X | Kenu email chain | LRC |
| | | 2:16 pm | | | Cross-examination of Peter Belonojko by defense counsel. | |
| | | | | | Witness shown exhibit 32 | |
| | | 2:21 pm | | | Jurors at recess for the day. Parties address the Court re upcoming evidentiary issues outside the presence of the jury. | |
| | | 2:26 pm | | | Court in recess. | |
| | | | | | Plaintiff has 344 minutes left. | |
| | | | | | Defendant has 366 minutes left. | |