TROUTMAN SANDERS LLP
Marcus T. Hall, Bar No. 206495
marcus.hall@troutmansanders.com
Dean A. Morehous, Bar No. 111841
dean.morehous@troutmansanders.com
Craig C. Crockett, Bar. No. 265161
craig.crockett@troutmansanders.com
580 California Street, 11th floor
San Francisco, CA  94104
Telephone:    415.477.5700
Facsimile:    415.477.5710

Attorneys for Plaintiff
KENU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENU, INC., <br><br>                        Plaintiff, <br><br>       v. <br><br> BELKIN INTERNATIONAL, INC., <br><br>                        Defendants. | Case No. 15-cv-01429-JD <br><br> **STIPULATION OF ALL PARTIES TO DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> **[FED. R. CIV. P. 41(a)(1)(A)(ii)]** <br><br> Judge:    Honorable James Donato |

Case 3:15-cv-01429-JD   Document 232   Filed 04/12/19   Page 2 of 2

Plaintiff Kenu, Inc. ("Kenu") and Defendant Belkin International, Inc. ("Belkin"), through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal, with prejudice, of this action and all claims and defenses by and between Kenu and Belkin. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees incurred in connection with this case.

**IT IS SO STIPULATED.**

Dated: April 12, 2019                TROUTMAN SANDERS LLP

By: */s/ Marcus T. Hall*
Marcus T. Hall
Attorneys for Plaintiff
KENU, INC.

Dated: April 12, 2019                WILSON SONSINI GOODRICH & ROSATI, P.C.

By: */s/ Ryan R. Smith*
Ryan R. Smith
Attorneys for Defendant
BELKIN INTERNATIONAL, INC.

**CONCURRENCE IN FILING**

The undersigned hereby attests that all parties have concurred in the filing of this stipulation.

Dated:      April 12, 2019                */s/ Marcus T. Hall*
Marcus T. Hall

38629275                                      - 2 -                           CASE NO. 15-CV-01429-JD
STIPULATION OF ALL PARTIES TO DISMISSAL OF ENTIRE ACTION WITH PREJUDICE